UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE *EX PARTE* APPLICATION OF MARCELO BOMBAU FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782

Applicant.

20 Misc. 158

ORDER

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, Applicant has filed an *ex parte* application for an order pursuant to 28 U.S.C. § 1782 to conduct discovery in a foreign proceeding. It is hereby

**ORDERED** that Applicant shall serve all interested parties, including the subpoena recipient(s), with the papers in support of the application by **April 3, 2020.** It is further

**ORDERED** that responsive papers, if any, are due by **April 10, 2020**. Reply papers, if any, are due by **April 15, 2020**. No submissions may exceed six pages and shall otherwise comply with the Court's Individual Rules.

Dated:   March 25, 2020
         New York, New York